IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-CV-5252 (JLH) |
| ) | |
| DEER RUN MANAGEMENT CO., INC.; ) | |
| THE GREENS AT BROKEN ARROW ) | |
| MANAGEMENT CO., INC.; THE GREENS AT ) | |
| MOORE MANAGEMENT CO., INC.; THE ) | |
| GREENS AT OWASSO MANAGEMENT CO., ) | |
| INC.; THE LINKS AT BIXBY MANAGEMENT ) | |
| CO., INC.; THE LINKS AT OKLAHOMA ) | |
| CITY MANAGEMENT CO., INC.; ) | |
| THE GREENS AT GRAND SUMMIT ) | |
| MANAGEMENT CO., INC.; THE GREENS ) | |
| AT SPRINGFIELD MANAGEMENT CO., INC.; ) | |
| THE GREENS AT SHAWNEE MANAGEMENT ) | |
| CO., INC.; CRAFTON, TULL & ASSOCIATES; ) | |
| BOND CONSULTING ENGINEERS, INC.; ) | |
| LINDSEY CONSTRUCTION CO., INC.; and ) | |
| FUGITT & ASSOCIATES ARCHITECTS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ON JOINT MOTION FOR
PARTIAL DISTRIBUTION OF AGGRIEVED PERSONS' FUND**

Having considered the Joint Motion of the Parties for Partial Disbursement of the Aggrieved Persons' Fund the Court hereby ORDERS the defendant management companies within 10 days, to:

1) deliver to the United States checks payable to the following aggrieved persons for the listed amounts:

      Rev. William Arthur   $1,500
      Rev. Louise Arthur    $1,500

| | |
|---|---|
| Buddy Coplen | $ 500 |
| Martin Carney | $2,000 |
| Farris Deramo | $5,000 |
| Loretta Johnson | $4,500 |
| Georgene Lohr | $2,000 |
| Wanda McConnell | $3,000 |
| Linda Shelton | $4,000 |

2) Deliver to Sources for Community Living Services, Inc., Fayetteville, Arkansas, a check for $100,000 payable to that organization, with a copy of the check and the transmittal letter to counsel for the United States;

3). Retain $200,000 in their escrow fund to cover additional disbursements after the Court rules on five aggrieved persons whose claims are disputed and to Sources for Community Living Services, Inc., with the remainder released to the defendant owner entities.

This 24th day of May, 2006.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE